IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

HEATHER SANDERS                                                                                         PLAINTIFF

VS.                                                                            CAUSE NO.: 1:18-CV-176-SA-DAS

MAGNOLIA REGIONAL HEALTH CENTER,                                              DEFENDANTS
THOMAS PINSON, M.D., INDIVIDUALLY AND
AS AN EMPLOYEE OF MAGNOLIA REGIONAL
HEALTH CENTER AND/OR CONFINIA EMERGENCY
SERVICES, PC, CONFINIA EMERGENCY SERVICES, PC
AND JOHN DOES 1-5

### ORDER OF DISMISSAL OF CONFINIA EMERGENCY SERVICES, PC, WITHOUT PREJUDICE

UPON CONSIDERATION of the Joint Motion to Dismiss filed by the Plaintiff and Defendant, Confinia Emergency Services, PC, it is hereby ORDERED AND ADJUDGED that the claims against Confinia Emergency Services, PC are dismissed without prejudice.

The claims against the remaining defendants shall not be affected by this Order of Dismissal. Each party to bear their own costs.

SO ORDERED, this the 26th day of May, 2020.

_____
DISTRICT COURT JUDGE